# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cameron et al.

v.

District of Columbia

**Case No:** 22-7130

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Alexander Cameron | Jake Oster |
| Benjamin Tan | |
| Destiny Robinson | |
| Jonah Angeles | |

### Counsel Information

**Lead Counsel:** Scott Michelman
**Direct Phone:** (202) 601-4267  **Fax:** (   )         **Email:** smichelman@acludc.org

**2nd Counsel:** Arthur B. Spitzer
**Direct Phone:** (202) 601-4266  **Fax:** (   )         **Email:** aspitzer@acludc.org

**3rd Counsel:**
**Direct Phone:** (   )         **Fax:** (   )         **Email:**

**Firm Name:** American Civil Liberties Union Foundation of the District of Columbia
**Firm Address:** 915 15th Street NW, 2nd Floor, Washington D.C. 20005
**Firm Phone:** (202) 457-0800  **Fax:** (   )         **Email:** info@acludc.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)