# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-7129** | **September Term, 2023** |
| | 1:21-cv-02158-APM |
| | 1:21-cv-02908-APM |
| | **Filed On: September 7, 2023** [2015719] |

Oyoma Asinor and Bryan Dozier,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

------------------------------

Consolidated with 22-7130

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 21, 2023, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Henderson and Katsas, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 11, 2023.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)