# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 22-7129** | **September Term, 2023** |
| | FILED ON: AUGUST 9, 2024 |

OYOMA ASINOR AND BRYAN DOZIER,
               APPELLANTS

v.

DISTRICT OF COLUMBIA, ET AL.,
               APPELLEES

---

Consolidated with 22-7130

Appeals from the United States District Court
for the District of Columbia
(No. 1:21-cv-02158)
(No. 1:21-cv-02908)

Before: HENDERSON and KATSAS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the dismissal of the Fourth Amendment claims be reversed; the dismissal of the D.C.-law claims and the denial of class certification in *Cameron* be vacated; and the cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

               **FOR THE COURT:**
               Mark J. Langer, Clerk

BY:   /s/

               Daniel J. Reidy
               Deputy Clerk

Date: August 9, 2024

Opinion for the court filed by Circuit Judge Katsas.
Concurring opinion filed by Circuit Judge Henderson.